ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 22  PM 3: 33

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GENE WILLIAMS and RICHARD )
KICKLIGHTER, )
 )
    Plaintiffs, )
 )
v. ) CV 106-30
 )
C. LEE, FNU POPE, C.M.S., WILLIAM )
JOHNSON, and CHARLES TOOLE, )
 )
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiffs' motion to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED**.

SO ORDERED this 22nd day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE